AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Steve Jazeh

|  |  |
|---|---|
| CASE NUMBER: | 08CV1987 |
| ASSIGNED JUDGE: | JUDGE SHADUR |

— V. —

Michael Chertoff as Director of the Department
of Homeland Security

DESIGNATED
MAGISTRATE JUDGE:     MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Michael Chertoff, Director of the Department of Homeland Security
US Immigration and Naturalization Service
10 W. Jackson Blvd
Chicago IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brodsky & Odeh
8 S. Michigan Ave
Suite 3200
Chicago IL 60603

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**April 8, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  04/10/08 |
| NAME OF SERVER *(PRINT)*  Joel Brasley | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

**FILED**

☑ Other (specify):  US mail

APR 14 2008  PH
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-10-08
Date

Signature of Server

8 S. Michigan Suite 3200
*Address of Server*
Chicago FL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.